UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| GREGORY BOWLING and AMY BOWLING,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN STRATEGIC INSURANCE CORP. and PROGRESSIVE CORP.,<br><br>Defendants. | ) | No.: 3:26-CV-148-TAV-JEM |

**MEMORANDUM OPINION**

This civil action is before the Court on plaintiffs' Motion & Order of Voluntary Nonsuit [Doc. 21], pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendants have not responded, and the time for doing so has passed. *See* E.D. Tenn. L.R. 7.1(a). The Court therefore treats the motion as unopposed. *See* E.D. Tenn. L.R. 7.2.

Rule 41(a)(2) provides that, except for the circumstances in Rule 41(a)(1), which do not apply here [*see* Doc. 9], "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). The rule further states that "[i]f a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication." *Id.* Here, there is no counterclaim pending that would preclude dismissal under Rule 41(a)(2).

Having carefully considered the matter and the present record, and in light of the lack of opposition, the Court hereby **GRANTS** plaintiffs' Motion & Order of Voluntary

Nonsuit [Doc. 21]. In turn, this case will be **DISMISSED without prejudice**. An appropriate order shall enter.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE